UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:19-CR-13 |
| | ) | JUDGE GUYTON |
| TYSHAWN TYLER ANTHONY MEYER | ) | |

## ORDER

On the petition of the United States of America by J. Douglas Overbey, the United States Attorney for the Eastern District of Tennessee,

It is ordered that the Clerk of this Court be and hereby is instructed to issue a writ of habeas corpus ad prosequendum to the Sheriff of Knox County at the Knox County Detention Facility to bring Tyshawn Tyler Anthony Meyer before this Court at Knoxville, Tennessee, on March 8, 2019, at 10:00 a.m. for an initial appearance, or for his case to be otherwise disposed of upon said Indictment heretofore returned against him, and each day thereafter until said case is disposed of, and immediately thereafter be returned to the Knox County Detention Facility in Knoxville, Tennessee.

And it is further ordered that, in the event the Sheriff of Knox County so elects, the United States Marshal for the Eastern District of Tennessee or any other duly authorized United States Marshal or Deputy United States Marshal is directed to receive said Tyshawn Tyler Anthony Meyer into his custody and transport him to and from the Knox County Detention Facility and this Court for the aforesaid purpose.

APPROVED FOR ENTRY:

/s/ Bruce Guyton
United States Magistrate Judge